JS-6

LURIE, ZEPEDA, SCHMALZ,
HOGAN & MARTIN, A.P.C.
LAWRENCE J. IMEL, SBN: 223851
limel@lurie-zepeda.com
1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574
PH: (310) 274-8700
FAX: (310) 274-2798

Attorneys for Plaintiff
CORNERSTONE ONDEMAND, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORNERSTONE ONDEMAND, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KNAPE & VOGT MANUFACTURING COMPANY, a Michigan domestic profit corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10435-CAS-MRWx<br><br>(Assigned to District Judge Christina A. Snyder)<br><br>**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED that this matter is dismissed WITH PREJUDICE.

Each Party shall bear its own attorney fees and costs.

Dated: October 27, 2021         ___*Christina A. Snyder*___

                Christina A. Snyder